United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Angie Osiris Bejarano Aldana, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2033 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Advisory indicating that Petitioner Angie Osiris Bejarano Aldana has been removed from the United States to Honduras. Doc. 9.

Petitioner's removal renders the sole challenge in her Amended Petition—her detention—non-justiciable. *See* Doc. 2. The Amended Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and her demonstration that any aspect of the Amended Petition has not been rendered moot by her removal.

This is a FINAL JUDGMENT.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 16th of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge